20586.   GANTT *v.* AMERICAN NATIONAL INSURANCE COMPANY.

PER CURIAM.   Since the judgment of this court affirming the judgment of
the superior court in this case has, on certiorari, been reversed by the
Supreme Court, and since the law of the case as announced in the
opinion of the Supreme Court (173 *Ga.* 323, 160 S. E. 345) supersedes
the opinion of this court (41 *Ga. App.* 627, 154 S. E. 213), and demands
a reversal of the judgment of the superior court, the judgment of af-
firmance heretofore rendered by this court is vacated and the judgment of
the superior court is reversed.
*Judgment reversed.   Broyles, C. J., and Luke, J., concur.   Bloodworth, J.,
absent on account of illness.*
                    DECIDED SEPTEMBER 30, 1931.

*Winfield P. Jones,* for plaintiff.
*Tye, Thomson & Tye, R. A. Edmondson Jr.,* for defendant.